ANDREW S. WHEELER, Respondent, *v.* PETER A. YOUNGS, Appellants, et al.

(Argued November 19,1880 ; decided March 25, 1881.)

*Joshua M. Van Cott* for appellant.

*William E. Osborne* for respondent.

RAPALLO, J., reads for reversal.

All concur, except MILLER, J., dissenting, and reading opinion for affirmance.

Judgment reversed.